EXHIBIT E

Petitioner* Father's
Medical Records:
translated/certified and
ORIGINAL

## Ministry of Public Health
## Communal Establishment of Lviv Regional Council
## Lviv Regional Clinical Hospital
## Urological Department
Tel. 275-7774

### EXTRACT
### from medical chart of in-patient #11611
To be presented at the polyclinic at the place of residence

1. Patient:                            TERYAYEV MYKOLA YEVHENOVYCH
2. Date of birth:                    18.12.1958
3. Home address:                 Lviv, Melnyka St. 5, apt. 7
4. Place of work & occupation:   retired
5. Date of admission:           May 02, 2018
      discharged:                 continues to be ill

**Diagnosis:** *Prostate cancer T4NXM0, prolongation morbid. Acute urine retention. Permanent Foley catheter. Bilateral ureterohydronephrosis, 1 degree, XH terminal stage, nephrosclerosid. Macrohematuria, anemia. Toxic encephalopathy. Ischemic stroke, right-sided hemiparesis. Ischemic cardiac disease, arterial hypertension.*

**Admitted** with complaints of impossible natural urination. In case history prolonged dysuric disorders, occurred acute urine retention and impairment of sensitivity in the right side of body. Did not get treatment. Adenocarcinoma of prostate, Gleason score 7. Was not under observation of oncologist and urologist. Grave condition of the patient, Foley catheter installed, released 2.5 liter of hematuric urine. Consequently patient had 2 tamponages of the bladder, washed. Daily diuresis was maintained within 2.5 – 3 liters. Under stimulation.

**Ultrasonography:** Kidneys - located typically, release of urine impaired due to ureterohydronephrosis, 2 stage, urinary bladder - without mass lesions, Foley catheter. Prostate heterogeneous, dimensions 5.0*4.8*4.8 with elements of decay.

**CT of 02.05.2018** – involutional changes in the brain hemisheres and ischemic stroke in the left brain basin.

**Biochemical blood analysis:** al bilirubin: 15.6 µmol/l, glucose – 4.8 µmol/l, creatinin 800 µmol/l, K-5.0.

**General urine analysis:** acid reaction, specific gravity 1008, albumin – 0.033,, sugar not found, leukocytes 10-15 in field of vision, erythrocytes cover densely field of vision.

**Coagulogram:** protrombin time – 20.1", protrombin index – 65%, total fibrinogen 4.18 g/l.

**Total blood count:** Hb-73 g/l, Leuk. – 6.1 x $10^9$ g/l, ESR – 40 mm/hr.
**Blood group:** 0 (I), Rh+.
**PSA** – 146 ng/ml.



Medical and work recommendations
1. Follow-up supervision of urologist at the place of residence.
2. Bicalutamid 50 mu, 1 time per day
3. Zoladex 3.6 mg/m
4. Requires outside care;
5. Levofloxacin 500 mg 2 times per day 10 days.

May 10, 2018

Attending physician: Signature. Repko D. D.
Head of department: Signature. Sheremeta R. Z.

Hospital seal.

*I, Michael M. Chernilevsky, certify, that I am a professional translator of the English and the Ukrainian languages, and that the attached document is a complete and accurate translation of the original document entitled EXTRACT.*

*Signature: Michael M. Chernilevsky*

*Western Regional Center for Tourism*
*Translations Department*
*License AE #185890 of June 25, 2013*
*Ukraine, Lviv, 79000, Voronoho St. 5*
*Phone (032) 235-4811*
*June 31, 2018*



МІНІСТЕРСТВО ОХОРОНИ ЗДОРОВ'Я
КЗ ЛОР ЛЬВІВСЬКА ОБЛАСНА КЛІНІЧНА ЛІКАРНЯ
ВІДДІЛЕННЯ УРОЛОГІЇ
Тел. 275-77-74

# В И П И С К А

З медичної карти стаціонарного хворого № 11611
*В поліклініку за місцем проживання*

*назва і адреса установи, куди спрямовується витяг*

1. Хворий: Теряєв Микола Євгенович
2. Дата народження: *18..12.1958 р.н.*
3. Домашня адреса: *м.Львів, вул. Мельника 5 кв.7*
4. Професія та місце роботи: пенсіонер
5. Дата поступлення         02.05.18 *р.*
   – вибуття         продовжує хворіти

**Діагноз:** *Рак простати T4NXM0, prolongatio morbi. Гостра затримка сеч Постійний катетр Фолея. Двобічний уретерогідронефроз I ст. ХН термінальної стадії, нефросклероз. Макрогематурія, анемія. Токсичн енцефалопатія.Ішемічний інсульт, правобічний геміпарез. IХС, артеріальн гіпертонія.*

Поступив із скаргами на неможливість самостійного сечопуску. В анамнезі довготривалі дизурич розлади відбулась гостра затримка сечі та порушення чутливості в правій половині тіла. Н лікувався. ПГЗ № 2038-к аденокарцинома простати за Глісоном 7 балів. В онколога і уролога н спостерігався. Стан хворого важкий, встановлено катетер Фолея, випущено 2,5 л гематуричної се В подальшого у хворого було 2 тампонади сечовго міхура, які відмито. Добовий діурез утримував в межах 2,5 – 3 літрів. На стимуляції.

**УЗД:** Нирки - розміщені типово, відтік сечі порушений по причині уретерогідронефрозу II ст., сечовому міхурі- без обємних утворів, балон катетера Фолея. Простата неоднорідна розмірам 5,0*4,8*4,8, з елементами розпаду.

**КТ від 2.05.2018** – інволютивні зміни півкуль головного мозку та ішемічний інсульт в басейні лів половини головного мозку.

**Біохімічний аналіз крові:** білірубін – 10,5 мМоль/л, глюкоза – 4,8 мМоль/л, креатинін 800 мМоль/л, К-5,0.

**Заг. аналіз сечі:** р-я – кисла, пит. вага – 1008, білок – 0,033, лейк – 10-15 в п/з, ер – густ покривають поле зору.

**Коагулограма:** Протромб. час – 20,1", Протромб. індекс – 65%, Заг. фібриноген – 4,1 г/л.

**Заг. аналіз крові:** Hb – 73 г/л, лейк. – 6,1 x 109, ШОЕ – 40 мм/год.

**Гр. крові:** 0(I), Rh(+).

**PSA** -146 нг/мл.

**Радіоізотопна ренографія** – очисна функція понижена до ХНН – III ст.

Консультований невропатологом, реаніматологом, кардіологом.

**Ехокардіографія** – дифузний кардіосклероз, атеросклероз аорти, ГХ II ст.

Хворому проводилася консервативна терапія, яка суттєво не покращила стану хворого. Програмн гемодіаліз у зв'язку з пухлинним процесом протипоказаний.

**Лікарські та трудові рекомендації:**
1. Диспансерний нагляд уролога за місцем проживання.
2. Бікалутамід 50 мг, 1р/добу;
3. Золадекс 3,6 мг/міс;
4. Потребує стороннього догляду;
5. Левофлоксацин 500 мг 2р/добу 10 днів.

10 травня 2018 р.

Лікуючий лікар: _____ Репко Д. Д

Завідувач відділу: _____ Шеремета Р.

Death Certificate for Petitioner Father's caretaker dated Feb 16, 2018. Petitioner's parents are divorced. Petitioner is the only child.



УКРАЇНА

# СВІДОЦТВО ПРО СМЕРТЬ

Нестерова

Тетяна Степанівна

27 лютого 1956 року

Україна

Львівська область

місто Львів

16 лютого 2018 року

шістнадцятого лютого дві тисячі вісімнадцятого року

61 років

17 числа лютого 2018

174

Україна

Львівська область

місто Львів

Франківський районний у місті Львові відділ державної реєстрації актів цивільного стану Головного територіального управління юстиції у Львівській області

Франківський районний у місті Львові відділ державної реєстрації актів цивільного стану Головного територіального управління юстиції у Львівській області

17 лютого 2018

Оницкевич Р.Б.

Серія І-СГ № 494196