UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

**LETTER ORDER**

November 19, 2019

Julia Teryaeva-Reed #57914-037
FCI
P. O. Box 4000
Aliceville, AL   35442

Re:     USA v. Julia Teryaeva-Reed
        Criminal No. GLR-14-0207

Dear Ms. Teryaeva-Reed:

The purpose of the correspondence is to inform you of this Court's denial of your Motion Requesting a Judicial Recommendation Concerning Expedited Deportation (ECF No. 90), received by the Clerk of this Court on October 21, 2019.

As you were advised, and made aware of at your rearraignment, this Court will not intervene in any immigration and/or deportation proceedings.  As a result, your Motion is DENIED.

Despite the informal nature of this Letter Order it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

George L. Russell, III

C: Counsel of Record