IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal Case No. GLR-14-0207 |
| JULIA TERYAEVA-REED | * |
| Defendant | * |
| | * * * |

ORDER

Pending before the Court, after Remand from the United States Court of Appeals for the Fourth Circuit in the case of United States of America v. Julia Teryaeva-Reed, No. 20-7655, ECF No. 183, is a Mandate for the Court to provide additional explanation for its decision denying Julia Teryaeva-Reed's ("Defendant") Motion for Compassionate Release. ECF No. 110. In the Court's previous Order, the Court denied the Defendant's Motion for Compassionate Release without explanation. but nevertheless, adopted the Government's response. This response, however, included an erroneous assertion that U.S.S.G. § 1B1.13 was binding on the Court thereby preventing this Court from exercising its discretion in considering the Defendant's Motion.

As clarification of the Court's previous decision, this Court does not affirm the Government's assertion that § 1B1.13 is binding. However, the Court finds that in considering the 18 U.S.C. § 3553(a) factors the Defendant is not entitled to the relief she requests.

First, the Defendant has not presented sufficient information related to her medical conditions to support her being at a higher risk of complications if infected with COVID-19. Indeed, the federal correctional institution where she is housed has a very low infection rate, at least as of the day of the Government's filing. Further, the Defendant's age is not a factor as she is under 40 years old. Further, the Defendant's familial circumstances do not merit or otherwise

make her eligible for relief, although her father is elderly and purportedly suffering from a terminal illness. The Defendant has failed to demonstrate or corroborate unavailability of any other caretaker.

Second, the nature and circumstances of the offense are quite serious. The Defendant enlisted individuals to set fires to property for the purpose of receiving insurance proceeds. The fires she set damaged other real property and created a high risk of death or serious injury. Her acts were driven by greed. Further, subsequent to committing the criminal acts, the Defendant was apprehended attempting to flee the country.

Third, there is a need for specific and general deterrence. The Court is not convinced that the Defendant, if released early, would not reoffend.

Fourth, although the Defendant has engaged in some rehabilitative endeavors, she, nevertheless, suffers from mental-health issues and is in need of treatment.

As a result, for the aforementioned reasons, the Defendant is not entitled to the relief she requests and the Motion is, therefore, DENIED.

SO ORDERED this 13th day of April 2022.

/s/
_____
George L. Russell, III
United States District Judge